**Case Nos. 26-3906 And 26-3938**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

**RICHARD HORTON**

**Plaintiff - Appellee**

**v.**

**CITY OF COLUMBUS, OH**

**Defendant**

**AS-YET UNKNOWN COLUMBUS POLICE OFFICERS**

**Defendant**

**and**

**BRENDA K. WALKER, Badge #1176**

**Defendant - Appellant**

On Appeal from the United States District Court for the Southern District of Ohio, Eastern Division, at Columbus, Ohio, Case No. 2:23-cv-3888

---

# MOTION OF APPELLANT TO CONSOLIDATE APPEALS

---

/s/ Aaron D. Epstein
Aaron D. Epstein (0063286) – Lead
Westley M. Phillips (0077728)
David J. Dirisamer (0092125)
Alana V. Tanoury (0092265)
Samantha J. Scherger (0097690)
Sarah N. Feldkamp (0099464)

CITY OF COLUMBUS, DEPT. OF LAW
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
adepstein@columbus.gov
wmphillips@columbus.gov
djdirisamer@columbus.gov
avtanoury@columbus.gov
sjscherger@columbus.gov
snfeldkamp@columbus.gov

Attorneys for Appellant Brenda Walker

## MOTION OF APPELLANT TO CONSOLIDATE APPEALS

Now comes Defendant-Appellant Brenda Walker ("Walker"), through counsel, and asks this Court to consolidate the following cases pending before this Court: Case No. 26-3906, *Richard Horton v. City of Columbus, OH, et al.*, and Case No. 26-3938, *Richard Horton v. City of Columbus, OH, et al*.

On September 8, 2026, the district court granted in part and denied in part Defendants' motion for summary judgment. OPINION AND ORDER (R. 168, Page ID # 17621-17644). Walker timely appealed on September 30, 2026, indicating that she was appealing the portions of the Opinion and Order denying qualified immunity on Plaintiff's unduly suggestive identification procedure claim under the Fourteenth Amendment. NOTICE OF INTERLOCUTORY APPEAL (R. 170, Page ID # 17655). Following Walker's filing of the Notice of Interlocutory Appeal, an appeal was docketed in the Sixth Circuit as case number 26-3906. (Document: 1, Page: 1).

Subsequently, Walker filed a timely Amended Notice of Interlocutory Appeal on October 8, 2026, in which she indicated her intent to appeal additional portions of the district court's Opinion and Order denying qualified immunity, namely, Plaintiff's unduly suggestive identification procedure claim under the Fourteenth Amendment; fabrication claims under the Fourth and Fourteenth Amendments; and *Brady* claims under the Fourteenth Amendment. AM. NOTICE OF INTERLOCUTORY APPEAL (R. 172, Page ID # 17661). The Amended Notice of Appeal merely included

additional issues that Walker seeks to address in her appeal. As a result of Walker filing the Amended Notice of Interlocutory Appeal, however, a new case was opened and docketed in the Sixth Circuit as case number 26-3938. Walker requests that these two appellate cases (Case No. 26-3906, *Richard Horton v. City of Columbus, OH, et al.*, and Case No. 26-3938, *Richard Horton v. City of Columbus, OH, et al.*) be consolidated.

Respectfully submitted,

/s/ Aaron D. Epstein


Aaron D. Epstein (0063286) – Lead
Westley M. Phillips (0077728)
David J. Dirisamer (0092125)
Alana V. Tanoury (0092265)
Samantha J. Scherger (0097690)
Sarah N. Feldkamp (0099464)
CITY OF COLUMBUS, DEPT. OF LAW
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
adepstein@columbus.gov
wmphillips@columbus.gov
djdirisamer@columbus.gov
avtanoury@columbus.gov
sjscherger@columbus.gov
snfeldkamp@columbus.gov

Attorneys for Appellant Brenda Walker

## CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because it contains 292 words, as determined by the word-count function of Microsoft Word.

Respectfully submitted,

/s/ Aaron D. Epstein
Aaron D. Epstein (0063286)

Attorney for Appellant Brenda Walker

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October, 2026, the foregoing was filed electronically and that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

Respectfully submitted,

/s/ Aaron D. Epstein
Aaron D. Epstein (0063286)